■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN M. BELOT, Appellant. [686 NYS2d 310] —Appeal by the de-

fendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered July 9, 1996, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of criminal possession of a weapon in the third degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence is not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Mangano, P. J., Bracken, Krausman and Goldstein, JJ., concur.